PER CURIAM.

(No. 6837

FAVOR RUHL COMPANY/MICHAEL'S, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed May 25, 1973.*

FAVOR RUHL COMPANY/MICHAEL'S, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.